UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL HOUSING FINANCE AGENCY, ) <br> FEDERAL HOME LOAN MORTGAGE ) <br> CORPORATION, and FEDERAL NATIONAL ) <br> MORTGAGE ASSOCIATION, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. 1:14-cv-12878 (RGS) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff the Commonwealth of Massachusetts, by and through the Office of the Attorney General (AGO), respectfully requests, with the assent of the Defendants, Federal Housing Finance Agency, Federal Home Loan Mortgage Corporation, and Federal National Mortgage Associations, that the Court extend the Plaintiff's time to respond to *Defendants' Motion to Dismiss Plaintiff's Complaint* (Doc. 15, Filed 7/14/14) (the "MTD") from July 28, 2014 up to and including **Monday, August 11, 2014**. In support of its motion, the Commonwealth states as follows:

The Commonwealth's current deadline to respond to the MTD is July 28, 2014. Due to previously-existing summer vacation schedules, certain AGO attorneys working on this matter will be away during the week of July 21st or on various other days in the period between July 14th and August 11th. The Commonwealth therefore requests this two-week extension of time to allow its attorneys sufficient time to prepare and file its opposition to the MTD. All Defendants have previously assented to this request.

1

WHEREFORE, the Commonwealth respectfully requests, with the assent of Defendants, that the Court extend the Commonwealth's time to respond to the MTD up to and including **Monday, August 11, 2014**.

Respectfully submitted,

COMMONWEALTH OF MASSACHUSETTS
MARTHA COAKLEY, ATTORNEY GENERAL

Date:  July 22, 2014          By:____/s/ M. Claire Masinton_____
M. Claire Masinton, BBO #646718
Assistant Attorney General
Public Protection & Advocacy Bureau
One Ashburton Place, 18th Floor
Boston, Massachusetts 02108
(617) 963-2454

### Certificate of Service

I, M. Claire Masinton, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).  Paper copies will be sent to those indicated as non-registered participants on JULY 22, 2014.

/s/ M. Claire Masinton
M. Claire Masinton, BBO #646718